# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: **Mark Golliday** | ) | Case No. 12-48877-659 |
| | ) | |
| DEBTOR | ) | Chapter 13 |
| | ) | Re: Doc #47 |
| | ) | |
| | ) | **Certification and Order Re:** |
| | ) | **Objection to Claim #22** |
| | ) | **InSolve Recovery, LLC c/o Capital** |
| | ) | **Recovery Group, LLC** |
| | ) | |

### CERTIFICATION

The undersigned certifies that all entities entitled to notice of Mark Golliday's Objection to Claim in accordance with Local Bankruptcy Rules have been served with the foregoing Objection and Notice and the time for response has passed.

   **X**   No responses in opposition have been filed or any responses in opposition have been resolved as set forth below.

   _____   A response in opposition to the objection has been filed and the Objection is resolved as set forth in the Order below.

Debtors request the Court enter the proposed order.

Dated: 1/27/15

                                                    /s/ Timothy P. Powderly
                                                    Timothy P. Powderly, #64092MO
                                                      11965 St. Charles Rock Rd., Suite 202
                                                      St. Louis, MO 63044
                                                      Tel: 314-770-9890/Fax: 314-739-1355
                                                      Tim@Powderlylaw.com
                                                      ATTORNEY FOR DEBTOR

### ORDER

Upon Debtor's Objection to Claim #22 filed by InSolve Recovery, LLC, c/o Recovery Group LLC for good cause shown:

**IT IS ORDERED** that Debtor's Objection is:

   **X**   Sustained.      _____   Denied as Settled   _____   Overruled

**IT IS FURTHER ORDERED** that the Claim #22 is:

   **X**   Denied. Any future amendments to this claim shall not be paid as Creditor failed to timely file a response to this objection and the claims bar date has now passed.

                                                        /s/ Kathy A. Surratt-States
                                                     KATHY A. SURRATT-STATES
                                                     Chief United States Bankruptcy Judge

DATED: January 30, 2015
St. Louis, Missouri
rjb

<u>Prepared by</u>:

Timothy P. Powderly
Attorney for Debtor
11965 St. Charles Rock Rd., Suite 202
St. Louis, Missouri 63044

<u>Copy mailed to</u>:

| | |
|---|---|
| John V. LaBarge | Office of the United States Trustee |
| Chapter 13 Trustee | Region 13 |
| P.O. Box 430908 | Thomas Eagleton Federal Building |
| St. Louis, MO 63143 | 111 South 10th St. |
| (314) 781-8100 | St. Louis, MO 63102 |

Timothy P. Powderly
Attorney for Debtor
11965 St. Charles Rock Rd.
St. Louis, MO 63044

InSolve Recovery, LLC,  c/o Recovery Group LLC
Dept 3203
PO BOX 123203
Dallas, TX 75312-3203