```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION

IN RE:                          )   NO: 12-48877-659
                                )   CHAPTER 13
Mark Golliday,                  )   Hearing Date: 4/30/15
                                )   Hearing Time: 11:00 a.m.
             Debtor.            )   Courtroom:  7 North
```

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

1. The third amended plan is not feasible in that:

a) It will not quite fully pay the 100% guarantee to non-priority unsecured creditors. [It will pay 96%.]

b) *Debtor has several pending objections to claims which, depending on the outcomes, may or may not render the third amended plan feasible.

**WHEREFORE**, the Trustee prays that the Court deny confirmation of Debtor's Third Amended Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

```
                         Respectfully Submitted,

                         /s/ Joseph M. Wilson
                         John V. LaBarge, Jr.
                         Chapter 13 Trustee
                         Joseph M. Wilson
                         FED#51849MO; MO#51849
                         Attorney For Trustee
```

```
                              P.O. Box 430908
                              St. Louis, MO 63143
                              (314) 781-8100
                              (314) 781-8881 (fax)
                              E-Mail: trust33@ch13stl.com
```

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was served this  _13th_  day of April 2015, electronically via CM/ECF or by depositing same in the U.S. mail, postage pre-paid, addressed to:

/s/ Joseph M. Wilson

The Powderly Law Firm, LLC
11965 St. Charles Rock Rd., Suite 202
Bridgeton, MO 63044

Mark Golliday
2044 Graystone Dr.
St. Charles, MO 63303